# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| VETERANS GUARDIAN VA CLAIM CONSULTING LLC; JOHN F. RUDMAN; ANDREW JESUS SOTO,<br><br>　　Appellants,<br><br>v.<br><br>MATTHEW J. PLATKIN, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF NEW JERSEY,<br><br>　　Appellee. | Case No. 24-1097 |

# MOTION OF PACIFIC LEGAL FOUNDATION
# FOR LEAVE TO FILE BRIEF AMICUS CURIAE IN SUPPORT
# OF APPELLANTS AND REVERSAL

Pursuant to Fed. R. App. P. 29(a), Pacific Legal Foundation requests leave to file the attached amicus curiae brief in support of Appellants and reversal. Counsel for Appellants consented to the filing of the proposed amicus brief. Counsel for Appellee Attorney General Platkin informed counsel for amicus curiae that Appellee takes no position on the request for consent to file.

### IDENTITY AND INTEREST OF AMICUS CURIAE

Pacific Legal Foundation (PLF) is the nation's oldest public interest legal foundation that seeks to vindicate the principles of individualism, property rights, and separation of powers. Consistent with these goals, PLF attorneys have litigated cases involving the right of professionals, entrepreneurs, and small businesses to engage in occupational speech, including giving advice, *see, e.g.*, *MacDonald, et al. v. Sabando*, No. 3:23-cv-23044 (D.N.J. filed Dec. 13, 2023); *Warren, et al. v. United States Dep't of Labor, et al.*, No. 2:24-cv-00007 (D. Ga. filed Jan. 16, 2024); *American Soc'y of Journalists and Authors, Inc. v. Bonta*, 15 F.4th 954 (9th Cir. 2021), and participated as amicus curiae in such cases, *see, e.g.*, *Iancu v. Brunetti*, 588 U.S. 388 (2019); *Wollschlaeger v. Governor*, 848 F.3d 1293 (11th Cir. 2017) (en banc).

This Court's resolution of this appeal will provide important clarity to the Third Circuit's analysis of the distinction between speech and conduct, as well as between content-based and content-neutral speech restrictions. Added clarity to this Court's analyses is valuable for current and future litigants, in addition to legislators within the Third Circuit.

As PLF attorneys currently represent parties in litigation in this Circuit where the speech/conduct and content-based/content-neutral distinctions will be considered, this case could affect the outcome of the relevant claims in that case. Thus, PLF's proposed amicus brief will aid this Court in thoroughly reviewing and applying applicable precedent to avoid inconsistent protection for valuable speech rights.

## CONCLUSION

PLF requests that this Court grant leave to file the attached amicus curiae brief in support of Appellants and reversal.

DATED: April 3, 2024.

Respectfully submitted,

By  s/ *Caleb R. Trotter*
Caleb R. Trotter
Cal. Bar No. 305195
PACIFIC LEGAL FOUNDATION
555 Capitol Mall, 1290
Sacramento, CA 95814
(916) 419-7111
CTrotter@pacificlegal.org
*Attorney for Amicus Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

s/ *Caleb R. Trotter*
Caleb R. Trotter

## Certificate of Compliance with Type-Volume Limit, Typeface Requirements, and Type-Style Requirements

1. This document complies with the type-volume limit of Fed. R. App. P. 27 (d)(2)(A) because:

   [X] this document contains 324 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because:

   [X] this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14 point Century Schoolbook.

s/ *Caleb R. Trotter*
Caleb R. Trotter
